*H. M. Cheever,* for plaintiff in error.

*C. Joslin,* for defendant in error.

———•———

### Alexander Farwell et al. v. Patrick Fox.

*Supreme Court amending proceedings in the Court below.* When a demurrer has been overruled in the Circuit Court and the judgment entered thereon is brought up by writ of error and affirmed, this Court has no power to remit the case to the Court below in order to allow the party to move there for leave to withdraw his demurrer and plead over.

*Heard and decided July 7.*

Error to Sanilac Circuit.

The defendant below demurred to the declaration. The Circuit Court overruled the demurrer and gave judgment for the plaintiff. The case was removed to this Court by writ of error, and at the last term the judgment was affirmed. (*18 Mich. 166.*)

W. T. Mitchell now moves that the case be sent back to the Circuit Court in order that he might move in that Court for leave to withdraw the demurrer and file a plea.

THE COURT held that they had no power to grant the motion.